**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
Rockford Memorial Hospital

Case Number: 08 C 50118

vs.

Kim Bachman, et al
vs.
Blue Cross Blue Shield of Illinois, et al

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Health Care Service Corporation, a Mutual Legal Reserve Company, d/b/a Blue Cross/Blue Shield of Illinois and Blue Cross and Blue Shield Assocation, Third-Party Defendants.

FILED
JUN 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Peter DeBruyne |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Peter DeBruyne |
| FIRM |
| Peter DeBruyne, P.C. |
| STREET ADDRESS |
| 838 North Main Street |
| CITY/STATE/ZIP |
| Rockford, IL 61103 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 0599840 | 815-964-3810 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] | NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ]

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Rockford Memorial Hospital
    vs.
Kim Bachman, et al
    vs.
Blue Cross Blue Shield of Illinois, et al

Case Number: **08 C 50118**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Health Care Service Corporation, a Mutual Legal Reserve Company, d/b/a Blue Cross/Blue Shield of Illinois and Blue Cross and Blue Shield Association, Third-Party Defendants.

FILED
JUN 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) | |
| James O. Teeter, Jr. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ James O. Teeter Jr. | |
| FIRM | |
| Peter DeBruyne, P.C. | |
| STREET ADDRESS | |
| 838 North Main Street | |
| CITY/STATE/ZIP | |
| Rockford, IL 61103 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6244000 | 815-964-3810 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐  APPOINTED COUNSEL ☐ | |