## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50118 | **DATE** | 6/26/2008 |
| **CASE TITLE** | Rockford Memorial Hospital vs. Bachman, et al. | | |

**DOCKET ENTRY TEXT:**

Third-party defendants Health Care Services Corp. and Blue Cross and Blue Shield Assoc. removed just the third-party portion of this action from state court. Generally, a third-party defendant cannot remove a state court action, see Thomas v. Shelton, 740 F.2d 478 (7th Cir. 1984), and removal must be of an entire action not just certain claims. 28 U.S.C. § 1441 (a) & (c). Third-party defendants shall file, on or before, 7/17/2008 a memorandum of law showing why this case should not be remanded for lack of subject matter jurisdiction. Responses by any other party shall be filed on or before 7/31/2008.

*Philip G. Reinhard*

Electronic Notices.

| | Courtroom Deputy Initials: | /SEC |
|---|---|---|