IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| ROCKFORD MEMORIAL HOSPITAL, an Illinois not-for-profit corporation, <br><br>Plaintiff,<br><br>vs.<br><br>KIM BACHMAN and FRANCIS BACHMAN, as Guardians of the Person and Estate of KORI BACHMAN<br><br>Defendants.<br><br>_____<br><br>KIM BACHMAN and FRANCIS BACHMAN, as Guardians of the Person and Estate of KORI BACHMAN, a Disabled Person,<br><br>Third-Party Plaintiffs,<br><br>vs.<br><br>BLUE CROSS BLUE SHIELD of ILLINOIS, HEALTH CARE SERVICE CORPORATION, and BLUE CROSS AND BLUE SHIELD ASSOCIATION,<br><br>Third-Party Defendants. | 08 C 50118<br><br>Judge Frederick J. Kapala<br><br>Magistrate Judge P. Michael Mahoney |

## **MOTION TO REMAND**

Plaintiff, Rockford Memorial Hospital, an Illinois not-for-profit corporation ("RMH"), moves for an Order of this Court remanding the cause to the Circuit Court for the 17th Judicial Circuit, Winnebago County, Illinois, pursuant to 28 U.S.C. § 1447, and in support thereof states as follows:

1.　　On May 3, 2007, RMH filed a breach of contract action arising wholly under State law against Defendants, Kori Bachman and Francis Bachman, in the Circuit Court for the 17th Judicial Circuit, Winnebago County, Illinois. On September 12, 2007, RMH filed an Amended Complaint, still alleging a breach of contract claim arising wholly under State law, naming as Defendants, Kim Bachman and Francis Bachman, as Guardians of the Person and Estate of Kori Bachman ("Defendants" or "Third-Party Plaintiffs"), in the State Court.

2.　　On May 5, 2008, Defendants filed a Third-Party Complaint against Blue Cross Blue Shield of Illinois, Health Care Service Corporation, and Blue Cross and Blue Shield Association ("Third-Party Defendants") in the State Court.

3.　　Third-Party Defendants filed a Notice of Removal of this action from the State Court, on June 25, 2008.

4.　　In their Notice of Removal, Third-Party Defendants stated that this action is one that may be removed to this Court pursuant to 28 U.S.C. § 1441.

5.　　However, third-party defendants generally are not "defendants" for purposes of 28 U.S.C. § 1441, and therefore Third-Party Defendants in this case do not have a statutory right of removal pursuant to its provisions. *First National Bank of Pulaski v. Curry*, 301 F.3d 456 (6th Cir. 2002) (citing *Thomas v. Shelton*, 740 F.2d 478 (7th Cir. 1984)).

6.　　Furthermore, since RMH's claims depend entirely on State contract law, and not at all on ERISA, the mere assertion by Defendants of claims arising under ERISA in their third-party claim does not modify the general rule that third-party defendants have no statutory right to remove the case to federal court under 28 U.S.C. § 1441. *See Blackburn v. Sundstrand Corp.*, 115 F.3d 493 (7th Cir. 1997).

7.　　Therefore, this action was improperly removed to this Court and should be remanded

to the State Court for further proceedings.

8. Pursuant to the provisions of 28 U.S.C. § 1447(c), this Court's Order remanding the case "may require payment of just costs and any actual expenses, including attorney's fees, incurred as a result of the removal." If, at the time a party's Notice of Removal was filed in federal court, "clearly established law demonstrated that he had no basis for removal, then a district court should award plaintiff his attorneys' fees." *Lott v. Pfizer, Inc.*, 492 F.3d 789, 793 (7th Cir. 2007).

WHEREFORE, Plaintiff, Rockford Memorial Hospital, requests that this Court enter an Order remanding this cause to the Circuit Court for the 17th Judicial Circuit, Winnebago County, Illinois; requiring Third-Party Defendants, Blue Cross Blue Shield of Illinois, Health Care Service Corporation, and Blue Cross and Blue Shield Association, to pay Plaintiff's costs and actual expenses, including attorney's fees, incurred as a result of the removal; and that this Court award Plaintiff any such other and further relief deemed appropriate under the circumstances.

/s/ Troy E. Haggestad
Troy E. Haggestad
Attorney for Plaintiff
ROCKFORD MEMORIAL HOSPITAL
WilliamsMcCarthyLLP
120 W. State Street, Suite 400
P.O. Box 219
Rockford, IL 61105
(815) 987-8977
(815) 968-0019 (fax)
thaggestad@wilmac.com

## **CERTIFICATE OF LAWYER**

I hereby certify that on Wednesday, July 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Attorney Daniel J. McGrail
321 West State Street, Suite 602
Rockford, Illinois 61101

Attorney James O. Teeter, J.
838 North Main Street
Rockford, Illinois 61103

Attorney Peter DeBruyne
838 North Main Street
Rockford, Illinois 61103

/s/ Troy E. Haggestad
Troy E. Haggestad
Attorney for Plaintiff
ROCKFORD MEMORIAL HOSPITAL
WilliamsMcCarthy LLP
120 W. State Street, Suite 400
P.O. Box 219
Rockford, IL 61105
(815) 987-8977
(815) 968-0019 (fax)
thaggestad@wilmac.com