IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| ROCKFORD MEMORIAL HOSPITAL, an Illinois not-for-profit corporation, <br><br> Plaintiff, <br><br> vs. <br><br> KIM BACHMAN and FRANCIS BACHMAN, as Guardians of the Person and Estate of KORI BACHMAN <br><br> Defendants. | ) <br> ) <br> ) 08 C 50118 <br> ) <br> ) Judge Frederick J. Kapala <br> ) <br> ) Magistrate Judge P. Michael Mahoney <br> ) |
| KIM BACHMAN and FRANCIS BACHMAN, as Guardians of the Person and Estate of KORI BACHMAN, a Disabled Person, <br><br> Third-Party Plaintiffs, <br><br> vs. <br><br> BLUE CROSS BLUE SHIELD of ILLINOIS, HEALTH CARE SERVICE CORPORATION, and BLUE CROSS AND BLUE SHIELD ASSOCIATION, <br><br> Third-Party Defendants. | |

## NOTICE OF HEARING

TO:    See Attached Service List

YOU ARE HEREBY notified that on the 9th day of July, 2008, at 1:30 p.m., or as soon thereafter as Counsel may be heard, I shall appear before Magistrate Judge Michael Mahoney in the room usually occupied by him as a Court Room, in the Federal Building, 211 S. Court Street, Rockford, Illinois, and then and there:  Present a **Motion to Remand**, a copy of which is attached hereto.

      At which time and place you may appear, if you so desire.

Dated: July 7, 2008

                                                   /s/ Troy E. Haggestad  
                                                  Troy E. Haggestad  
                                                  Attorney for Plaintiff  
                                                  ROCKFORD MEMORIAL HOSPITAL  
                                                  WilliamsMcCarthy LLP  
                                                  120 W. State Street, Suite 400  
                                                  P.O. Box 219  
                                                  Rockford, IL 61105  
                                                  (815) 987-8977  
                                                  (815) 968-0019 (fax)  
                                                  thaggestad@wilmac.com

## **CERTIFICATE OF LAWYER**

I hereby certify that on Wednesday, July 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Attorney Daniel J. McGrail
321 West State Street, Suite 602
Rockford, Illinois 61101

Attorney James O. Teeter, J.
838 North Main Street
Rockford, Illinois 61103

Attorney Peter DeBruyne
838 North Main Street
Rockford, Illinois 61103

        /s/ Troy E. Haggestad
Troy E. Haggestad
Attorney for Plaintiff
ROCKFORD MEMORIAL HOSPITAL
WilliamsMcCarthy LLP
120 W. State Street, Suite 400
P.O. Box 219
Rockford, IL 61105
(815) 987-8977
(815) 968-0019 (fax)
thaggestad@wilmac.com