**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Western Division**

Rockford Memorial Hospital
                                Plaintiff,

v.                                                Case No.: 3:08−cv−50118
                                                    Honorable Philip G. Reinhard

Kim Bachman, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 9, 2008:

      MINUTE entry before the Honorable P. Michael Mahoney: Plaintiff withdraws portion of motion requesting attorneys' fees. Parties stipulate that the case should be remanded. It is the Report and Recommendation of the Magistrate Judge that the District court grant plaintiff's Motion to remand [10]. Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.