## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50118 | **DATE** | 7/21/2008 |
| **CASE TITLE** | Rockford Memorial Hospital vs. Bachman, et al | | |

**DOCKET ENTRY TEXT:**

Based on the stipulation of the parties in open court before the Magistrate Judge on July 9, 2008, and the withdrawal of plaintiff of its request for attorneys fees, plaintiff's motion to remand this case to state court is granted as per the report and recommendation of the magistrate judge. The briefing schedule set by this court's order of June 26, 2008, on the question of subject matter jurisdiction is stricken as moot. This case is remanded to the Circuit Court for the 17th Judicial Circuit, Winnebago County, Illinois.

*Philip G. Reinhard*

Electronic Notices

| | Courtroom Deputy Initials: | /sec |
|---|---|---|