

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
211 SOUTH COURT STREET
ROCKFORD, ILLINOIS 61101

**MICHAEL W. DOBBINS**
CLERK

815-987-4354

July 22, 2008

17th Judicial Circuit
Winnebago County Courthouse
400 W. State Street
Rockford, IL 61101

RE: Rockford Memorial Hospital vs. Bachman, et al
USDC No.: 08 C 50118
Other Court No.: 2007 L 173

Dear Clerk:

A certified copy of an order entered on 7/21/08 by the Honorable Judge Reinhard remanding the above-entitled case back to the Winnebago County Circuit Court is herewith transmitted to you for your files.

Sincerely yours,

Michael W. Dobbins, Clerk

By: /s/ Jennifer Titak
Jennifer Titak, Deputy Clerk

Enclosure(s):
Copy to attorneys of record